No. 70–163.  VARNER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 70–166.  GOLDMAN v. UNITED STATES; and

No. 70–194.  CATALANO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 439 F. 2d 1100.

No. 70–168.  KLEIN v. SUPREME COURT OF NEW YORK, COUNTY OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 70–169.  UNITED TRANSPORTATION UNION ET AL. v. ATLANTA & WEST POINT RAIL ROAD CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 70–170.  RHINEHART v. RHAY, PENITENTIARY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 70–171.  ANDREWS ET AL. v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 70–175.  HEALD v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 70–182.  LUCKENBACH OVERSEAS CORP. v. OZGA. C. A. 2d Cir.  Certiorari denied.

No. 70–181.  BERKE v. LEHIGH MARINE DISPOSAL CORP.  C. A. 2d Cir.  Certiorari denied.

No. 70–183.  REYNOLDS METALS CO. v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 70–186.  TOP SHIPPERS ASSN., INC., ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.